IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 14-00226-01-CR-W-DGK |
| | ) | |
| MARCUS MCINTOSH, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 26, 2014, the Grand Jury returned a thirteen count indictment against Marcus McIntosh, Tyrone Campbell, Jr. and Tyronn Campbell. Count 1 alleges defendants knowingly combined and conspired to distribute a mixture or substance containing cocaine base, crack cocaine. Counts 5, 7 and 10 allege defendant McIntosh knowingly distributed some quantity of a mixture or substance containing cocaine base, crack cocaine. Count 11 alleges defendant McIntosh knowingly possessed, with the intent to distribute, a mixture or substance containing cocaine base, crack cocaine, in an amount of twenty-eight (28) grams or more. Count 12 charges that defendant McIntosh, in furtherance of the drug-trafficking crimes alleged in Counts 1 and Count 11, knowingly possessed firearms. Count 13 alleges that the defendant, having been convicted of a felony, knowingly possessed, in and affecting commerce, firearms.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
 Government: Brent Venneman/Adam Caine
 Case Agent: Detective Don Stanza of the Kansas City Police Department
 Defense: Carie Allen and an investigator with her ofice

**OUTSTANDING MOTIONS**: The government has filed a Notice of Defendant's Prior Convictions, doc. # 94, and Notice of Intent to Offer Evidence Pursuant to Rule 404(b), doc. # 95. The defendant will respond by Friday November 20, 2015.

**TRIAL WITNESSES**:
 Government: 12 with stipulations;
 Defendant: The defense has endorsed all of the government's witnesses and listed one additional witness. It is also possible defendant might testify.

1

**TRIAL EXHIBITS**
    Government: 115 exhibits
    Defendant: 48 exhibits, but most of these exhibits are reports which would be used for cross-examination, but not offered into evidence.

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2- 2 ½ days**
    Government's case including jury selection: 2- 2 ½ days
    Defense case: no additional time beyond the government's estimate

**STIPULATIONS**: Signed stipulations have been entered into between the parties.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: Friday before the pretrial conference
    Defense: Friday before the pretrial conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, November 25, 2015**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** Given the parties' discussion at the pretrial conference, it appears that motions in limine will not be necessary.

**TRIAL SETTING**: Criminal jury trial docket set for November 30, 2015
    **Please note:** Defense counsel prefers the second week of the docket. If the case is set the first week of the docket, Ms. Allen needs to recess on Tuesday afternoon by around 3:30p.m., and if the case were not concluded by Thursday she would need to recess early that day as well. Other than this issue, the case could be tried either week.

**IT IS SO ORDERED.**

                                              /s/ *Sarah W. Hays*
                                              SARAH W. HAYS
                                        UNITED STATES MAGISTRATE JUDGE